UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-23396-GARBER

OWEN HARTY, Individually

    Plaintiff,

v.

RMS PROPERTIES III, LLC, a
foreign limited liability company,

    Defendant.
_____/

## FINAL ORDER APPROVING
## CONSENT DECREE AND DISMISSING CASE

THIS CAUSE came before the Court on the Stipulation For Approval and Entry of a Consent Decree and Dismissal of the Case, and the Court having reviewed the pleadings and papers filed in this cause, and the Stipulation for Approval and Entry of Consent Decree and being otherwise fully advised in the premises, it is hereby

ORDERED that:

The Consent Decree, in the form annexed hereto, is APPROVED, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree. This case is DISMISSED with prejudice, and all pending motions are hereby DENIED as moot and the is closed. The clerk of court shall close this file.

DONE AND ORDERED in Chambers at Miami, Florida this 25th day of January, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE